**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DAVID WAYNE BOYLES**                                                              **PLAINTIFF**

**v.**                                          **4:16-cv-00008-KGB-JTK**

**SCOTT MONTGOMERY**, *et al.*                                          **DEFENDANTS**

<u>**JUDGMENT**</u>

Pursuant to the order entered in this matter on this date, it is considered, ordered, and adjudged, that this case be, and it is hereby, dismissed without prejudice for failure to state a claim upon which relief can be granted. The relief sought is denied. This dismissal is considered a "strike" within the meaning of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal from this judgment and accompanying order would not be in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

It is so adjudged this 6th day of December, 2016.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE